### 25707. HALE v. THE STATE.

MacIntyre, J. The verdict finding the defendant guilty of having, possessing, and controlling intoxicating liquor being authorized by the evidence, the court did not err in overruling the motion for new trial containing the general grounds only.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED SEPTEMBER 17, 1936.

*Duke Davis,* for plaintiff in error.
*L. L. Meadors, solicitor,* contra.